No. 1044. FORSYTHE v. OHIO. Sup. Ct. Ohio. Certiorari denied. *Joseph C. DaPore* for petitioner. *Robert L. Balyeat* for respondent.

No. 1110. PHILLIPS v. SUPERIOR COURT IN AND FOR THE COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Frank O. Walther* for petitioner.

No. 1083. BARTLETT, TRUSTEE IN BANKRUPTCY, ET AL. v. MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari denied. *Robert Haydock, Jr.,* for Bartlett, and *Robert G. Bleakney, Jr.,* for Smith et al., petitioners. *Elliot L. Richardson,* Attorney General, and *James N. Gabriel, Walter H. Mayo III* and *Richard L. Seegel,* Assistant Attorneys General, for the State of Massachusetts, and *Edward F. McLaughlin, Jr.,* and *William D. Quigley* for Massachusetts Bay Transportation Authority, respondents.

No. 1088. LAUGHLIN ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Ralph J. Temple, Wm. Warfield Ross, Lawrence Speiser* and *Melvin L. Wulf* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1148. WALTER E. HELLER & Co. v. SHAW, TRUSTEE IN BANKRUPTCY. C. A. 5th Cir. Certiorari denied. *Charles L. Gowen* for petitioner. *Oscar M. Smith* for respondent.

No. 1123. CHENG KAI FU v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Edward Hong* and *Thomas A. Church* for petitioner. *Solicitor General Griswold* for respondent.